JAMES G. SANDERSON, APPELLEE, V. TERILYN B. SANDERSON, NOW KNOWN AS TERILYN B. HOWARD, APPELLANT.

475 N.W.2d 909

Filed October 18, 1991.   No. 90-1229.

John S. Slowiaczek and Todd M. Starr, of Lieben, Dahlk, Whitted, Houghton, Slowiaczek & Jahn, for appellant.

Donald A. Roberts, of Lustgarten & Roberts, P.C., for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

After a de novo review of the record, see *Hall v. Hall*, 238 Neb. 686, 472 N.W.2d 217 (1991), in this appeal from an application to change custody, we find that a change of circumstances was established by appellee necessitating a transfer of custody to him. We therefore affirm.

AFFIRMED.